**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000846
20-JUL-2026
11:39 AM
Dkt. 202 OCOR**

NO. CAAP-24-0000846

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEAN WESLEY POWELL, Plaintiff-Appellant, v.
CENTURY SQUARE/OWNER/MANAGEMENT, HAWAIIANA
(REAL ESTATE) MANAGEMENT COMPANY, LTD., ROMAN
CATHOLIC CHURCH/CORPORATION, FIRST INSURANCE (COMPANY)
OF HAWAII LTD., STATE OF HAWAII, Defendants-Appellees,
and
ALL JOHN DOES AND JANE DOES, ETC., Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-24-0000008)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on July 17, 2026, is corrected as follows:

On page 9, in the attorney credit section, the name, "Wayne J. Katano," of the Law Offices of Leslie R. Kop should be corrected to "Wade J. Katano" so that the attorney credit reads:

> Wade J. Katano
> (Law Offices of Leslie R. Kop)
> for Defendant-Appellee
> AOAO Century Square, Hawaiiana
> Management Company, Limited,
> and Roman Catholic Church in
> the State of Hawaiʻi

---

[1] Leonard, Presiding Judge, and Wadsworth and McCullen, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, July 20, 2026.

/s/ Clyde J. Wadsworth
Associate Judge